NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EPLUS, INC.,**
*Plaintiff-Cross Appellant,*

v.

**LAWSON SOFTWARE, INC.,**
*Defendant-Appellant.*

---

2011-1396, -1456, -1554   .

---

Appeals from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0620, Senior Judge Robert E. Payne.

---

**ON MOTION**

---

**O R D E R**

ePlus, Inc. moves without opposition for an extension of time, until March 14, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 0 7 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Scott L. Robertson, Esq.
     Donald R. Dunner, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 7 2012

JAN HORBALY
CLERK